ZURICH INSURANCE COMPANY, Appellant, v. PAUL MARTINEZ, as Guardian ad Litem of DAVID MARTINEZ, et al., Respondents, et al., Defendants.—

No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ. [24 Misc 2d 437.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HILTON MCGEE, Appellant.—

No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

SAMUEL SCHWARTZ, Appellant, v. MUTUAL BENEFIT LIFE INSURANCE Co., Respondent.—

No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of the Estate of ADOLF AMRAM, Deceased. KURT AMRAM et al., Appellants; PHILIP W. AMRAM, as Executor of ADOLF AMRAM, Deceased, et al., Respondents.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of the Arbitration between CLYDE FASHIONS, LTD., and EINIGER MILLS, INC.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

In the Matter of the Claim of ESTHER POLONETSKY v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of MARTIN SHULMAN v. ELCO CONSTRUCTION CORP. et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

In the Matter of MICHAEL BRIGNOLE Doing Business as JOHN BRIGNOLE v. LAURA MARUCCIA.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

MARY SCHWARTZ v. FREDERICK SCHWARTZ.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL KANE. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SCAROLA.—

Concur — Botein, P. J., Breitel, Rabin, Valente and Steuer, JJ.

EDWARD JEFFERSON, Respondent, v. SINCLAIR REFINING COMPANY, Defendant-Respondent, and Third-Party Plaintiff-Respondent. LIPSETT, INCORPORATED, Third-Party Defendants-Appellants.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

SIDNEY P. SMALL et al., Copartners Doing Business as SMALL, ROSS & LANDESMAN v. SIDNEY FELDMAN et al.—

Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.